**William G. Munson, trading as Munson Carbon Consumer Company, appellant, v. Anna Strauss, trading as Fred Strauss Dye Works, also as Fred Strauss Dyers & Cleaners, appellee. Gen. No. 25,994.**

Action to recover the price of a carbon consumer on a boiler sold to defendant. Judgment for defendant. Appeal from the Municipal Court of Chicago; the Hon. Charles A. Williams, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Charles Scribner Eaton, for appellant. Fred L. Steers, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**John Meck, by Samuel Meck, appellee, v. Joseph Winken, Sr., appellant. Gen. No. 26,015.**

Action to recover for injuries to boy struck by automobile while crossing street. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Hoyne, O'Connor & Irwin, for appellant. McCormick, Kirkland, Patterson & Fleming, for appellee.

Mr. Justice Dever delivered the opinion of the court.

---

**Abraham Rosovsky, appellant, v. Armour & Company et al., appellees. Gen. No. 26,048.**

Action for unlawful assault and other trespasses against property and business. Action dismissed. Appeal from the Circuit Court of Cook county; the Hon. David M. Brothers, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920.

Henry M. Hagan, for appellant. Charles J. Faulkner, Jr., W. C. Kirk and J. C. Spence, for appellees.

Mr. Justice Dever delivered the opinion of the court.

---

**First State Bank of Coulterville, appellee, v. Bank of Commerce & Savings, appellant. Gen. No. 26,069.**

Action against indorser on promissory note. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 11, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Brown, Brown & Brown, for appellant. Henry J. & Charles Aaron and William H. Holly, for appellee.

Mr. Justice Dever delivered the opinion of the court.